| | |
|---|---|
| MARK GRANDSTAFF, Individually and For Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>OCCIDENTAL PETROLEUM CORPORATION<br><br>     Defendant. | Case No. **5**:22-cv-01184-XR |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mark Grandstaff

and Defendant Occidental Petroleum Corporation stipulate that this action be dismissed with

prejudice as to all claims, causes of action, and parties, with each party bearing that party's own

attorney's fees and costs.

Dated: April 24, 2023

Respectfully submitted,

/s/ *Michael A. Josephson*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Richard M. Schreiber
Texas Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

Respectfully submitted,

/s/ *David B. Jordan*
David B. Jordan
Texas Bar No. 24032603
Jessica L. Craft (Of Counsel)
Texas Bar No. 24106824
**LITTLER MENDELSON**
A PROFESSIONAL CORPORATION
1301 McKinney, Suite 1900
Houston, Texas 77010
713.652.4709 (Telephone)
713.951.9212 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known

parties on this the 24th day of April 2023.

/s/ Richard M. Schreiber
**Richard M. Schreiber**